**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MARIA DE FATIMA HERNANDEZ NUNO DE LA ROSA, et al., | |
| Plaintiffs, | Case No. 3:22-cv-00565-K |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending applications of the Plaintiffs Maria De Fatima Hernandez Nuno De La Rosa and Gonzalo Munoz Sanz. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Maria De Fatima Hernandez Nuno De La Rosa and Gonzalo Munoz Sanz hereby voluntarily dismiss the instant action with prejudice. Each side to bear their own fees and costs.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2022, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC